[Nos. 44926-9-II; 45958-2-II.   Division Two.   December 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY PULLEY KILLIAN, III, *Appellant*.

*In the Matter of the Personal Restraint of* BRADLEY PULLEY KILLIAN, III, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00974-2, John A. McCarthy, J., entered May 17, 2013, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 44966-8-II.   Division Two.   December 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WESTON GARRETT MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00145-1, Richard L. Brosey, J., entered June 5, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 45038-1-II.   Division Two.   December 2, 2014.]

THE ESTATE OF ROBERT J. MASON, *Respondent*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-00694-1, Rebekah Zinn, J. Pro Tem., entered June 4, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Bjorgen, J.